**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

GODFRED FREMPONG-MANSO

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  18-23586VFP

**CERTIFICATION IN SUPPORT OF DEFAULT**

I, Jackie Michaels, being of full age certify that:

- I am a paralegal for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- On 9/5/2019, the above Chapter 13 Petition was scheduled for a Confirmation/Motion Hearing before the Honorable VINCENT F. PAPALIA.

- At that time, Judge VINCENT F. PAPALIA ordered that the debtor(s) herein was to sell or refinance the property or complete a loan modification by 11/04/2019, and the proceeds were to be used to fund the Chapter 13 Plan or the case will be dismissed.

- In the event the debtor(s) did not sell or refinance the property or complete a loan modification by 11/04/2019, the Standing Trustee may file a certification and an Order to dismiss the instant Chapter 13 Petition.

- To date, the debtor has not sold or refinanced the property or completed a loan modification.

- This certification is being made pursuant to said Order.

- For the reasons set forth above, the Trustee recommends dismissing this Chapter 13 Petition.

- Any objection to this Certification of Default must be filed with the court and served upon the Chapter 13 Trustee within 14 days of 11/06/2019.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  November 06, 2019

By:  /S/  Jackie Michaels
Jackie Michaels