| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>GODFRED FREMPONG-MANSO |

Case No.:  18-23586

Adv. No.:

Hearing Date:

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/06/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
GODFRED FREMPONG-MANSO
21-23 CLIFTON STREET
NEWARK, NJ  07114
Mode of Service:  Regular Mail

Attorney for Debtor(s):
PAUL GAUER, ESQ.
347 FRANKLIN STREET
BLOOMFIELD, NJ  07003
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  November 06, 2019

By:   /S/  Jackie Michaels
        Jackie Michaels